**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**  Case No. 6:19-bk-03383-KJ
Chapter 13

**MIGUEL BEAUREGARD TOREZ,**

    **Debtor.**
_____/

**MOTION FOR APPROVAL**
**OF TOTAL AND PERMANENT DISABILITY DISCHARGE**
(Account #***8205)

The Debtor, MIGUEL BEAUREGARD TOREZ by and through Counsel, files this Motion for Approval of Total and Permanent Disability Discharge, and in support thereof would states:

**Background**

1. On May 21, 2019, the Debtor filed a voluntary petition for relief under Chapter 13 of Bankruptcy Code.

2. U.S. Department of Education ("Creditor") filed Claim Number 11, which was withdrawn on January 22, 2020. Nelnet on Behalf of Florida Department of Education Office of Student Financial Assistance filed Claim Number 2.

3. The Debtor through Counsel undersigned applied for a Total and Permanent Disability Discharge ("TPD") for all of his student loans contained in Creditors' claims.

4. On or around January 15, 2020, Debtor received confirmation that his request to discharge his student loans due to his disability had been approved (see attached).

5. The TPD discharge process transfers all of the loans to Nelnet Total and Permanent Disability Servicer for discharge and a 3-year post-discharge monitoring period, which ends three years from January 13, 2020.

6. The undersigned has requested that Nelnet on Behalf of Florida Department of Education Office of Student Financial Assistance withdraw Claim 2. In the event the claim is not withdrawn the Debtor requests that no distributions be made to Claim 2 by the Chapter 13 Trustee.

WHEREFORE, Debtor requests this Court approve the Motion for Approval of Total and Permanent Disability Discharge; to order that the Chapter 13 Trustee should not make any pro rata distributions to Claim 2 and to grant such other relief that may be deemed just and proper in the circumstances.

/s/ Robert B. Branson
Robert B. Branson, Esquire
Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail this 23rd day of January, 2020, to: Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790; Debtor: Miguel Beauregard Torez, c/o Venturia Abraham, PO Box 951558, Lake Mary, FL 32795-1558; United States Department of Education, Attn. Betsy Devos, Secretary of Education, Lyndon Baines Johnson Bldg., 400 Maryland Avenue SW, Washington, DC 20202; US Department of Education, Office of General Counsel, 400 Maryland Avenue, SW Room 6E300, Washington, DC 20202-0001; US Attorney General, US Dept of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530-0001; US Attorney, Attn. Civil Process Clerk, 400 W. Washington Street, Suite 300, Orlando, FL 32801; FedLoan Servicing, Attn. Caroline Garner, Authorized

Personnel, PO Box 69184, Harrisburg, PA 17106-9184; Nelnet on behalf of Florida Department of Education Office of Student Financial Assistance, Attn. Eric Kozisek, Bankruptcy Specialist, Nelnet, 3015 South Parker Road, Ste 400, Aurora, CO 80014 and to Nelnet, Attn. Officer, managing or general agent, 3015 South Parker Road, Ste 400, Aurora, CO 80014.

                                              /s/ Robert B. Branson
                                              Robert B. Branson, Esquire

January 15, 2020


EDUCATION PLANNING
& FINANCING


U.S. Department of Education
Information about your federal student loan


Total and Permanent Disability Servicing Unit



>03299 3818800 001 008187

BRANSON LAW PLLC
1501 E CONCORD STREET
ORLANDO, FL 32803

Account Number: 7319

Dear BRANSON LAW PLLC:

The U.S. Department of Education (the Department) has completed its review of your Total and Permanent Disability (TPD) discharge application requesting discharge of your William D. Ford Federal Direct Loan (Direct Loan) Program loan, Federal Family Education Loan (FFEL) Program loan, Federal Perkins Loan (Perkins Loan) Program loan, and/or your Teacher Education Assistance for College and Higher Education (TEACH) Grant Program service obligation. Throughout this letter, we use the term "loan" to refer to one or more loans. In addition, we use the terms "you" and "your" to refer to the disabled individual who applied for discharge, MIGUEL TOREZ.

Nelnet assists the Department in administering the TPD discharge process, and we will communicate with you on behalf of the Department concerning your discharge request.

Effective 01/13/2020, the Department has approved your application for discharge of the federal student loan or TEACH Grant service obligation identified below on the basis of your total and permanent disability. This letter contains important information regarding the TPD discharge.

Your holder(s) will now transfer your loan and/or your TEACH Grant service obligation to us for discharge and a 3-year post-discharge monitoring period, as described below. We will notify you again when we have discharged your loan and/or TEACH Grant service obligation.

We have instructed your loan holder(s) to return any loan payments that were received after your disability date to the person who made the payments. For this purpose, your "disability date" is the date we received the documentation of your Social Security Administration (SSA) notice of award for Social Security Disability Insurance (SSDI) or Supplemental Security Income (SSI) benefits, or the date the physician certified your discharge application, depending on the type of documentation you provided to show that you are totally and permanently disabled.

**WHAT YOU NEED TO DO:**

- Information about your loan and/or TEACH Grant service obligation that will be discharged is shown below. Carefully review this information and notify us immediately if you do not see one of your loan holders or TEACH Grant service obligation holders included in the list. Also let us know if you continue to receive bills from your loan holder(s).

- Review the requirements for the 3-year post-discharge monitoring period and the conditions under which your obligation to repay your loan or complete your TEACH Grant service obligation may be reinstated

| Holder Name | Holder Phone | Type | Date | Amount | School ID |
|---|---|---|---|---|---|
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct Stafford Subsidized | 02/15/2011 | $4,250 | 00395400 |

T03

| Holder Name | Holder Phone | Type | Date | Amount | School ID |
|---|---|---|---|---|---|
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct Stafford Subsidized | 06/01/2011 | $4,250 | 00395400 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct Stafford Subsidized | 09/06/2011 | $8,500 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct Stafford Unsubsidized | 02/15/2011 | $8,591 | 00395400 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct Stafford Unsubsidized | 06/01/2011 | $2,123 | 00395400 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct Stafford Unsubsidized | 09/06/2011 | $18,536 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct Stafford Unsubsidized | 09/14/2012 | $30,242 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct Stafford Unsubsidized | 09/18/2013 | $27,106 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct Stafford Unsubsidized | 09/03/2014 | $13,560 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct Stafford Unsubsidized | 02/11/2015 | $13,279 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct Stafford Unsubsidized | 09/02/2015 | $25,302 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct Stafford Unsubsidized | 09/21/2016 | $18,971 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 09/30/2011 | $46,506 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 08/08/2012 | $21,808 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 02/12/2013 | $28,728 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 05/29/2013 | $12,216 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 07/16/2013 | $9,590 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 09/24/2013 | $30,000 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 05/21/2014 | $10,393 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 12/11/2014 | $11,724 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 02/11/2015 | $10,249 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 02/19/2015 | $1,474 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 05/22/2015 | $40,853 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 06/05/2015 | $1,000 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 09/15/2015 | $17,491 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 09/23/2015 | $28,074 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 12/11/2015 | $8,000 | 00397900 |

| Holder Name | Holder Phone | Type | Date | Amount | School ID |
|---|---|---|---|---|---|
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 05/26/2016 | $14,164 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 09/21/2016 | $30,000 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 09/22/2016 | $18,316 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 03/14/2018 | $25,620 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 04/11/2018 | $1,092 | 00397900 |
| DEPT OF ED/FEDLOAN SERVICING(PHEAA) | (800) 699-2908 | Direct PLUS for Graduate or Professional Students | 02/28/2019 | $30,000 | 00397900 |
| FLORIDA DEPARTMENT OF EDUCATION OSFA | (850) 245-1870 | FFEL Stafford Subsidized | 01/03/2006 | $2,735 | 00675000 |
| NELNET LOAN SERVICES INC. (JAX) | (888) 486-4722 | FFEL Stafford Subsidized | 04/16/2007 | $1,827 | 00675000 |

## WHAT YOU NEED TO KNOW:

### Three-Year Post-Discharge Monitoring Period and Conditions for Reinstatement:

As stated above, the Department has approved your application for discharge on the basis of your total and permanent disability and your loan and/or TEACH Grant service obligation will be transferred to us to be discharged. You will be subject to a monitoring period that will end three years from 01/13/2020. We will reinstate your obligation to repay your discharged loan or complete your discharged TEACH Grant service obligation if at any time during this monitoring period:

- You have annual employment earnings that exceed the Poverty Guideline amount for a family of two in your state, regardless of your actual family size (see **www.disabilitydischarge.com** for additional information);

- You receive a new Direct Loan, Perkins Loan, or TEACH Grant;

- A disbursement of a Direct Loan, Perkins Loan, or TEACH Grant received before the discharge date is made, and you do not return the full amount within 120 days of the disbursement date; or

- You receive a notice from the SSA stating that you are no longer totally and permanently disabled, or that your disability review will no longer be the 5-year or 7-year review period indicated in your SSA notice of award for SSDI or SSI benefits (you must promptly notify the Department if you receive such notice)

In addition, during the 3-year post-discharge monitoring period, you must promptly notify or respond to the Department if:

- There is a change in your address or telephone number;

- You receive a request to provide the Department with documentation of your annual earnings from employment; or

If your obligation to repay your loan or complete your TEACH Grant service obligation is reinstated under the conditions described above, you will again be responsible for repaying your loan or completing your TEACH Grant service obligation. However, you will not be required to pay interest that would have accrued on the loan during the time your loan was discharged due to TPD.

If your obligation to repay your loan or complete your TEACH Grant service obligation is reinstated, we will notify you of the reinstatement by U.S. Mail and return your loan to the status that existed at the time you applied for a TPD discharge. The notice of reinstatement will include:

- The reason(s) for reinstatement

T03

- An explanation that the first payment due date on the reinstated loan will be no earlier than 60 days after the date of the notification of reinstatement

- Information on how you may contact the Department if you have questions about the reinstatement or believe that the Department's determination was based on incorrect information

### Eligibility for New Loans or TEACH Grants:

After you receive a TPD discharge, you are not eligible to receive a new Direct Loan, Perkins Loan, or TEACH Grant in the future unless:

- You obtain a certification from a physician that you are able to engage in substantial gainful activity; and

- You sign a statement acknowledging that the new loan or TEACH Grant service obligation cannot be discharged in the future on the basis of any injury or illness present at the time the new loan or TEACH Grant is made, unless your condition substantially deteriorates so that you are again totally and permanently disabled

In addition, if you request a new Direct Loan, Perkins Loan, or TEACH Grant at any time during the 3-year post-discharge monitoring period described above, you must resume payment on the previously discharged loan or acknowledge that you are once again subject to the terms of your TEACH Grant service obligation before you can receive the new loan or TEACH Grant.

### Tax Implications if Your Loans are Discharged:

As a result of a change in tax law, loan balances that are discharged due to TPD are not considered income for federal tax purposes if you receive the discharge during the period from January 1, 2018 through December 31, 2025. If you qualify for a TPD discharge based on documentation from the VA, the date you are considered to have received the discharge for tax purposes is the date that we approve the discharge.

If you qualify for a TPD discharge based on documentation from the Social Security Administration or a physician's certification, the date you are considered to have received the discharge for tax purposes is the completion date of your three-year post-discharge monitoring period.

If you receive a Form 1099-C, you should keep the form for your records, but you do not need to include it when filing your federal tax return. For additional information, visit irs.gov.

The discharged loan amount may be considered income for state tax purposes. You may want to consult with your state tax office or a tax professional before you file your state tax return.

### HOW TO CONTACT US:

Written correspondence can be sent to:

U.S. Department of Education
P.O. Box 87130
Lincoln, NE 68501-7130

In addition, you can visit DisabilityDischarge.com to check the status of your discharge application, upload any supporting documentation that we may request from you, and/or update your personal information.

If you have questions, please visit our website at DisabilityDischarge.com or email us at **DisabilityInformation@nelnet.net**. You may also contact us at 888.303.7818 Monday through Friday from 8 a.m. to 8 p.m. (Eastern). If you are hearing impaired, you may web chat with a representative by visiting DisabilityDischarge.com and clicking Chat Now.

Sincerely,

Nelnet Total and Permanent Disability Servicer



RECEIVED JAN 2 1 2020

T03